MICHAEL GLENNON, as Administrator de Bonis Non of the Estate of JOHN GLENNON, Deceased, Respondent, *v.* THE STAR COMPANY, Appellant.

*Glennon* v. *Star Company*, 130 App. Div. 491, affirmed.
(Argued January 18, 1910; decided February 8, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1909, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granted a new trial in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned by the negligence of defendant, his employer.

*Frank Verner Johnson* for appellant.

*Herbert C. Smyth, Louis S. Levy* and *David Haar* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.